IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREGORY SELDEN, individually and on behalf of all others similarity situated,<br><br>            Plaintiff,<br><br>            v.<br><br>AIRBNB, INC.,<br><br>            Defendant. | Civil Action No. 16-cv-00933-CRC |

**DEFENDANT AIRBNB, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS OR, IN THE ALTERNATIVE, TO STAY PENDING ARBITRATION**

Defendant Airbnb, Inc. moves under Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4 to compel Plaintiff Gregory Selden to arbitrate his claims against Airbnb. Airbnb further moves to dismiss Plaintiff's complaint, or, in the alternative, to stay his action until arbitration is completed. In support of this motion, Airbnb states:

1.    On May 5, 2016, Plaintiff signed up for an account with Airbnb. As part of the sign-up process, Plaintiff agreed to Airbnb's Terms of Service. In agreeing to the Terms of Service, Plaintiff agreed to Section 34, where he and Airbnb "agree[d] that any dispute, claim or controversy arising out of or relating to these Terms or the breach, termination, enforcement, interpretation or validity thereof, or to the use of the Services or use of the Site, Application or Collective Content"—except for certain intellectual-property disputes—"will be settled by binding arbitration."

2.    Plaintiff's discrimination claims are within Section 34's scope because they arise from Plaintiff's use of Airbnb's platform. All of the discrimination that Plaintiff alleges took place through communications between Plaintiff and another user of Airbnb's platform.

3. The Court should therefore enforce Airbnb's unambiguous Terms of Service as written and compel Plaintiff to arbitrate his claims against Airbnb. And because all of Plaintiff's claims fall within the arbitration clause, the Court should dismiss Plaintiff's complaint.

4. For further information, Airbnb refers the Court to the attached memorandum of law, declaration, and exhibits. A proposed form of order is attached.

Respectfully submitted,

/s/ Ellen S. Kennedy
Ellen S. Kennedy (D.C. Bar. No. 461670)
Sean Marotta (D.C. Bar No. 1006494)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
ellen.kennedy@hoganlovells.com
sean.marotta@hoganlovells.com

OF COUNSEL:

Neal Kumar Katyal
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

*Attorneys for Defendant Airbnb, Inc.*

Dated: July 13, 2016.

**CERTIFICATE OF SERVICE**

I certify that on July 13, 2016, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel, who are registered users.

/s/ Ellen S. Kennedy