UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY SELDEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIRBNB, INC., <br><br> Defendant. | Case No. 16-cv-00933 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's [13] Motion to Compel Arbitration be **GRANTED**. It is further

**ORDERED** that the Clerk of Court stay all proceedings in the case.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date: November 1, 2016