IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GREGORY SELDEN**

    **Plaintiff**, Individually and on            Civil Action: 1:16-cv-00933
    Behalf of all Others Similarly Situated,

v.

**AIRBNB, INC.**

    **Defendant.**

---

### NOTICE OF APPEAL

---

Notice is hereby given that Plaintiff Gregory Selden, individually and on behalf of all others similarly situated, hereby appeals the Court's Order in this action granting Defendant Airbnb's Motion to Compel Arbitration and to Stay these proceedings pending arbitration (Doc.20) entered on the 1st of November 2016 to the United States Court of Appeals for the District of Columbia Circuit.

Respectfully submitted on this 4th day of November, 2016.

           **EMEJURU & NYOMBI LLC**

        By: */s/* Ikechukwu Emejuru_____
           Ikechukwu "Ike" Emejuru, Esq, (Bar No. 19262)
           Andrew Nyombi, Esq, (Bar No. MD0010)
           Emejuru & Nyombi L.L.C.
           Attorneys and Counselors at Law
           8403 Colesville Road
           Suite 1100
           Silver Spring, MD 20910
           Telephone: (240) 638 – 2786
           Facsimile: 1-800-250-7923
           iemejuru@enylaw.com
           anyombi@enylaw.com

*Attorneys for Plaintiff Individually and others similarly situated*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of November 2016, I served the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Ellen S. Kennedy (D.C. Bar No. 461670)
ellen.kennedy@hoganlovells.com
Sean Marotta (D.C. Bar No. 1006494)
Sean.marotta@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel. (202) 637-5600
Fax. (202) 637-5910
*Attorneys for Defendant Airbnb Inc.*

Of Counsel
Neal Katyal
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

## EMEJURU & NYOMBI LLC

    By: */s/* Ikechukwu Emejuru_____
        Ikechukwu "Ike" Emejuru, Esq, Bar No. 19262
        Andrew Nyombi, Esq, Bar No. MD0010
        Emejuru & Nyombi L.L.C.
        Attorneys and Counselors at Law
        8403 Colesville Road
        Suite 1100
        Silver Spring, MD 20910
        Telephone: (240) 638 – 2786
        Facsimile: 1-800-250-7923
        iemejuru@enylaw.com
        anyombi@enylaw.com

    *Attorneys for Plaintiff Individually and others similarly situated*