**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GREGORY SELDEN, individually and on behalf of all others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRBNB, INC.,<br><br>Defendant. | ) | Civil Action No. 16-cv-00933-CRC |

## STATUS REPORT

The parties submit this status report in accordance with the Court's November 1, 2016 minute order.

1. Selden appealed the Court's order compelling Selden to submit his claims to arbitration and staying the action to the D.C. Circuit on November 4, 2016. Airbnb moved to dismiss the appeal for lack of jurisdiction, and the D.C. Circuit granted the motion on February 2, 2017.

2. Selden timely petitioned for rehearing of the D.C. Circuit's dismissal order. The full D.C. Circuit denied rehearing en banc on April 12, 2017.

3. Selden intends to file a petition for certiorari in the Supreme Court seeking review of the D.C. Circuit's dismissal.

Respectfully submitted,

/s/ Ikechukwu Emejuru
Ikechukwu "Ike" Emejuru, Esq. (Bar No. 19262)
Andrew Nyombi, Esq. (Bar No. MD0010)
EMEJURU & NYOMBI L.L.C.
8403 Colesville Road
Suite 1100
Silver Spring, M.D. 20910
Telephone: (240) 638-2786
iemejuru@enylaw.com
anyombi@enylaw.com

*Attorneys for Plaintiff*

/s/ Ellen S. Kennedy
Ellen S. Kennedy (D.C. Bar. No. 461670)
Sean Marotta (D.C. Bar No. 1006494)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
ellen.kennedy@hoganlovells.com
sean.marotta@hoganlovells.com

*Attorneys for Defendant Airbnb, Inc.*

Dated: May 1, 2017

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2017, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel, who are registered users.

/s/ Ellen S. Kennedy