# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**GREGORY SELDEN**

    **Plaintiff, Individually and on**            Civil Action: 1:16-cv-00933
    **Behalf of all Others Similarly Situated,**

**v.**

**AIRBNB, INC.**

    **Defendant.**

---

## PLAINTIFF'S STATUS REPORT

The Plaintiff submits this status report in accordance with the Court's August 16, 2018-minute order. The parties could not agree to the filing a joint status report because Defendant wanted to restrict the contents of Plaintiff's following report:

1. After Selden's petition for certiorari was denied by the Supreme Court, he filed his Demand with the American Arbitration Association ("AAA") on October 10, 2017. Selden's Demand included all claims maintained within his Second Amended Complaint.

2. Airbnb answered Selden's Demand on November 7, 2017.

3. Selden re-filed his Demand on December 7, 2017. Airbnb answered Selden's Amended Demand on December 21, 2017.

4. On February 7, 2018, AAA began processing Selden's claim.

5. The parties held their first preliminary hearing on August 9, 2018. During the hearing, Airbnb requested to file an early dispositive motion to dispose of all of Selden's claims. The Arbitrator allowed it.

6. Airbnb's primary argument for dismissal was largely based on Section 230 of the Communications Decency Act. However, the arbitrator rejected the argument and denied Airbnb's Motion to Dismiss.

7. On November 5, 2018, the Arbitrator held a preliminary hearing and set forth a scheduling order, which includes deadlines for discovery.

8. The arbitrator set this matter for an evidentiary hearing or trial on June 8, 2019.

9. Plaintiff will voluntarily provide a status update within 90 days from the date this report is filed.

Respected Submitted,

By: */s/Ikechukwu Emejuru*
Ikechukwu "Ike" Emejuru
**Emejuru Law L.L.C.**
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910
Telephone: (240) 638-2786
Facsimile: 1-800-250-7923
iemejuru@emejurulaw.com

*/s/Andrew Nyombi*
Andrew Nyombi
**KNA Pearl L.L.C**.
8701 Georgia Avenue
Suite 606
Silver Spring, MD 20910
Telephone: (301) 585-1568
Facsimile: 1-800-250-7923
anyombi@knapearl.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following CM/ECF participants:

Ellen Kennedy
Ellen.kennedy@hoganlovells.com

Sean Marotta
Sean.marotta@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel. (202) 637-5600
Fax. (202) 637-5910

By: */s/Ikechukwu Emejuru*
Ikechukwu "Ike" Emejuru
**Emejuru Law L.L.C.**
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910
Telephone: (240) 638-2786
Facsimile: 1-800-250-7923
iemejuru@emejurulaw.com

*/s/Andrew Nyombi*
Andrew Nyombi
**KNA Pearl L.L.C**.
8701 Georgia Avenue
Suite 606
Silver Spring, MD 20910
Telephone: (301) 585-1568
Facsimile: 1-800-250-7923
anyombi@knapearl.com