# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**GREGORY SELDEN**

    **Plaintiff, Individually and on**      Civil Action: 1:16-cv-00933
    **Behalf of all Others Similarly Situated,**

**v.**

**AIRBNB, INC.**

    **Defendant.**

---

## PLAINTIFF'S STATUS REPORT

The Plaintiff submits this status report in accordance with the Court's February 7, 2019-minute order.

1. The parties held their first preliminary hearing on August 9, 2018. Since then, the arbitrator denied Airbnb's initial Motion to Dismiss seeking to dispose of all of Selden's claims.

2. This matter is still set for at least a two day trial on July 9, 2019 and July 10, 2019.

3. To date, the parties have conducted discovery and exchanged witness and exhibit lists for trial.

4. If necessary, Plaintiff will voluntarily provide a status update within 90 days from the date this report is filed.

                              Respected Submitted,

                        By: */s/Ikechukwu Emejuru*
                          Ikechukwu "Ike" Emejuru
                          **Emejuru Law L.L.C.**

        8403 Colesville Road
        Suite 1100
        Silver Spring, MD 20910
        Telephone: (240) 638-2786
        Facsimile: 1-800-250-7923
        iemejuru@emejurulaw.com

       /s/*Andrew Nyombi*
       Andrew Nyombi
       **KNA Pearl L.L.C**.
       8701 Georgia Avenue
       Suite 606
       Silver Spring, MD 20910
       Telephone: (301) 585-1568
       Facsimile: 1-800-250-7923
       anyombi@knapearl.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following CM/ECF participants:

Ellen Kennedy
Ellen.kennedy@hoganlovells.com
Sean Marotta
Sean.marotta@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel. (202) 637-5600
Fax. (202) 637-5910

      By: */s/Ikechukwu Emejuru*
      Ikechukwu "Ike" Emejuru
      **Emejuru Law L.L.C.**
      8403 Colesville Road
      Suite 1100
      Silver Spring, MD 20910
      Telephone: (240) 638-2786
      Facsimile: 1-800-250-7923
      iemejuru@emejurulaw.com

      /s/*Andrew Nyombi*
      Andrew Nyombi
      **KNA Pearl L.L.C**.

8701 Georgia Avenue  
Suite 606  
Silver Spring, MD 20910  
Telephone: (301) 585-1568  
Facsimile: 1-800-250-7923  
anyombi@knapearl.com