# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREGORY SELDEN, individually and on behalf of all others similarity situated, ) ) ) ) Plaintiff, ) ) v. ) ) AIRBNB, INC., ) ) Defendant. ) ) | Civil Action No. 16-cv-00933-CRC |

## DEFENDANT AIRBNB, INC.'S MOTION FOR ENTRY OF FINAL JUDGMENT

Defendant Airbnb, Inc., pursuant to Rule 58 of the Federal Rules of Civil Procedure and Local Rule 7, respectfully requests that this Court enter a final judgment on Plaintiff Gregory Selden's claims.

In support of this request, Airbnb states as follows:

1. On November 27, 2019, this Court entered an opinion and order denying Plaintiff's motion to vacate the arbitration award entered in Airbnb's favor and dismissing the case. ECF No. 48. The opinion and order were contained in the same document. *See id.* at 12.

2. Federal Rule of Civil Procedure 58(a) requires that "[e]very judgment and amended judgment must be set out in a separate document." Fed. R. Civ. P. 58(a). The Court's opinion and order denying Plaintiff's motion to vacate is a "judgment" because it is an "order from which an appeal lies." Fed. R. Civ. P. 54(a); *see also* ECF No. 48 at 12 ("This is a final appealable order.").

3. This Court's opinion and order denying Plaintiff's motion to vacate does not fall under any of the exceptions to Rule 58(a) in which a separate document entering judgment is not required. *See* Fed. R. Civ. P. 58(a)(1)–(5).

4. The lack of a separate document entering judgment might unduly extend the time for Plaintiff to appeal this Court's judgment. *See* Fed. R. App. P. 4(a)(7)(A)(ii). Under Rule 4(a)(7)(A)(ii), Plaintiff could seek to extend the time to appeal until either entry of judgment on separate document or 150 days after entry of the Court's opinion and order—April 24, 2020. Such a delay benefits neither party.

5. Under Federal Rule of Civil Procedure 58(d), "[a] party may request that judgment be set out in a separate document as required by rule 58(a)." Airbnb asks that the Court enter judgment in a separate document accordingly.

6. Pursuant to Local Rule of Civil Procedure 7(m), Airbnb exchanged electronic communication regarding this motion with Plaintiff's counsel on December 11, 2019, and Plaintiff's counsel advised that they did not commit to a position.

Wherefore, Airbnb respectfully requests that the Court enter judgment in the form of the attached proposed order.

Dated: December 12, 2019

Respectfully submitted,

/s/ Michelle A. Kisloff
Michelle A. Kisloff (D.C. Bar No. 477775)
Sean Marotta (D.C. Bar No. 1006494)
Kaitlin Welborn (D.C. Bar No. 888187724)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
michelle.kisloff@hoganlovells.com
sean.marotta@hoganlovells.com
kaitlin.welborn@hoganlovells.com
*Attorneys for Defendant Airbnb, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 12, 2019, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel, who are registered users.

/s/ Michelle A. Kisloff