# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**GREGORY SELDEN**

    **Plaintiff**, Individually and on                        Civil Action: 1:16-cv-00933
    **Behalf of all Others Similarly Situated,**

v.

**AIRBNB, INC.**

    **Defendant.**

---

## NOTICE OF APPEAL

---

Notice is hereby given that Gregory Selden, Plaintiff, individually and on behalf of all other similarly situated, in the above captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit, Order [ECF No. 19, 20] granting Defendant's Motion to Compel Arbitration and Dismiss, or in the alternative to Stay Pending Arbitration, Order [ECF No. 28], denying Motion for Certification of Interlocutory Appeal, or in the alternative to Dismiss, Order and entry of Final Judgment [ECF No. 48, 49, 50] denying Motion to Vacate Arbitration Award and dismissing case.

Respectfully submitted on this 24th day of December 2019.

                                                           By: */s/ Ikechukwu Emejuru*
                                                           Ikechukwu Emejuru
                                                           Emejuru Law L.L.C.
                                                           8403 Colesville Road
                                                           Suite 1100
                                                           Silver Spring, MD 20910
                                                           Telephone: (240) 638-2786
                                                           Facsimile: 1-800-250-7923
                                                           iemejuru@emejurulaw.com

Andrew Nyombi
KNA PEARL L.L.C.
8701 Georgia Avenue
Suite 606
Silver Spring, MD 20910
Tel.: (301) 585-1568
Facsimile: 1-800-250-7923
anyombi@knapearl.com

*Attorneys for Plaintiff Gregory Selden, individually,
and on behalf of those similary situated*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of December 2019, I served the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Michelle A. Kisloff
michelle.kisloff@hoganlovells.com
Sean Marotta
sean.marotta@hoganlovells.com
Kaitlin Welborn
kaitlin.welbord@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel. (202) 637-5600
Fax. (202) 637-5910

*Counsel for Defendant*

*/ s / Ikechukwu Emejuru*