# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-7168**  **September Term, 2020**

**1:16-cv-00933-CRC**

**Filed On: August 23, 2021** [1911034]

Gregory Selden,

    Appellant

  v.

Airbnb, Inc.,

    Appellee

## M A N D A T E

In accordance with the judgment of July 13, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed July 13, 2021